IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAVASHIA AKINS**                                                                              **PLAINTIFF**

**v.**                              **No. 4:25-cv-887-DPM**

**STATE FARM MUTUAL AUTOMOBILE**                              **DEFENDANTS**
**INSURANC COMPANY**

## ORDER

Motion, *Doc. 18*, granted.   Reply, *Doc. 18-1,* deemed filed.   In the future, any moving party may reply within seven calendar days of a response.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2025