IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAVASHIA AKINS**                                                                    **PLAINTIFF**

v.                              No. 4:25-cv-887-DPM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                      **DEFENDANTS**

ORDER

The joint 26(f) report, *Doc. [24]*, is appreciated. The ten-deposition limit and twenty-five interrogatory limit remain for now.   The parties can stipulate to more, and if needed may seek leave of Court.   A Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2025