**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NAVASHIA AKINS**                                                      **PLAINTIFF**

**v.**                              **No. 4:25-cv-887-DPM**

**STATE FARM MUTUAL AUTOMOBILE**                    **DEFENDANT**
**INSURANCE COMPANY**

**ORDER**

Joint status report, *Doc. 34*, appreciated.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

18 February 2026