IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAVASHIA AKINS                                          PLAINTIFF

v.                          No. 4:25-cv-887-DPM

STATE FARM MUTUAL AUTOMOBILE            DEFENDANT
INSURANCE COMPANY

ORDER

Akins moves to exclude State Farm's proposed expert and for summary judgment.   The parties also request a settlement conference.

Akins's motion to exclude is denied. Holdcraft's opinions are admissible.   They're sufficiently reliable and relevant.   *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589–95 (1993).

Her motion for summary judgment is denied, too.   Akins has the burden of proof on her claims.   There are disputed questions of material fact about whether State Farm violated the parties' contract. *Avenoso v. Reliance Standard Life Insurance Co.*, 19 F.4th 1020, 1024 (8th Cir. 2021).

Motions, *Doc. 38 & 40*, denied.   Joint motion, *Doc. 47*, granted. The Court refers this case to Magistrate Judge Benecia B. Moore to conduct a settlement conference.

- 2 -

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_5 June 2026_