**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NAVASHIA LOVE f/k/a NATASHIA AKINS** — **PLAINTIFF**

**v.** **No. 4:25-cv-887-DPM**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** — **DEFENDANT**

# ORDER

**1.** Notice, *Doc. 60*, appreciated. The Court directs the Clerk to update the parties on the docket as shown above.

**2.** Unopposed motion for leave to file a reply, *Doc. 62*, granted. Reply, *Doc. 62-1*, deemed filed. In the future, any movant may reply within seven calendar days of a response.

**3.** Motion, *Doc. 59*, denied. Love asks to supplement the summary judgment record with five exhibits. *Doc. 59 at 5–21*. These exhibits contain additional argument, and not admissible evidence. Fed. R. Civ. P. 56(c)(2). And Love acknowledges that her supplement doesn't contain any information that was unavailable when she responded to State Farm's motion. *Doc. 62-1 at 2*. The Court thus construes her motion as a request to file a sur-reply, which is disfavored. Absent truly extraordinary circumstances, which are not present here, the moving party gets the last word.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026