**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NAVASHIA LOVE f/k/a NAVASHIA AKINS** — **PLAINTIFF**

**v.** — **No. 4:25-cv-887-DPM**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** — **DEFENDANT**

# ORDER

The parties have informally advised the Court that they've settled. Congratulations. This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement. Motion for summary judgment, *Doc. 49*, denied without prejudice as moot.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

10 November 2026