**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NAVASHIA LOVE f/k/a**
**NAVASHIA AKINS** **PLAINTIFF**

**v.** **No. 4:25-cv-887-DPM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY** **DEFENDANT**

# JUDGMENT

Love's complaint is dismissed with prejudice. The Court retains jurisdiction until 11 January 2027 to enforce the parties' settlement.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

10 November 2026